IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISON

| | | |
|---|---|---|
| GREGORY SPIVEY, | : | |
| | : | |
| Plaintiff | : | |
| | : | 1:05-CV-153 (WLS) |
| vs. | : | |
| | : | **PROCEEDINGS UNDER 42 U.S.C. § 1983** |
| CAPTAIN JAMES REYNOLDS, | : | **BEFORE THE U.S. MAGISTRATE JUDGE** |
| | : | |
| Defendant | : | |

**ORDER**

Plaintiff **GREGORY SPIVEY**, proceeding *pro se*, submitted to the Court the above-captioned action. Plaintiff sought leave to proceed *in forma pauperis* but failed to provide a certified copy of his trust fund account statement (or institutional equivalent) for the six(6)-month period preceding the filing of the instant complaint. 28 U.S.C. § 1915 (a)(2) (2000). The Court also notes that plaintiff failed to use the forms utilized by this Court for civil rights actions. The Clerk of Court is hereby **DIRECTED** to forward the proper forms for filing a civil rights action pursuant to 42 U.S.C. § 1983 (2000) to plaintiff.

Plaintiff is hereby **ORDERED** to submit to the Court a certified copy of his trust fund account statement. **IT IS FURTHER ORDERED** that plaintiff complete the form used by this Court for civil rights actions.

Plaintiff shall have thirty (30) days, to comply with the above directions. Failure to comply

1

with this order shall result in the dismissal of the instant action.  There shall be no service of process in this case until further order of the Court.

**SO ORDERED**, this 6th day of March, 2006.

/s/ Richard L. Hodge
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE